WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Bradford E. Klein, Esq., SBN 259252
Richard J. Lee, Esq., SBN 268713
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
rwright@wrightlegal.net; bklein@wrightlegal.net; rlee@wrightlegal.net

Attorneys for Defendants, OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED LLC TRUST 2007-BR4 MORTGAGE PASS-THROUGH CERTIFICATE SERVICES 2007-BR4 *erroneously sued as* DEUTSCHE NATIONAL BANK as Trustee; BRADFORD KLEIN; WRIGHT, FINLAY & ZAK, LLP; CHELSA JACKSON; MATTHEW OWENS; RON FARIS; LETICIA N. ARIAS; JON KING; ALAN JACOBS; JURGEN FITSCHEN; and CHRISTOPHER KELLEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEATRA DEHORNEY, <br><br> Plaintiff, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC; BRADFORD KLEIN; WRIGHT, FINLAY & ZAK, LLP; DEUTSCHE NATIONAL BANK as Trustee; CHELSA JACKSON; MATTHEW OWENS; RON FARIS; LETICIA N. ARIAS; JON KING; ALAN JACOBS; GOLDMAN SACHS; LLOYD BLANKFEIN; JURGEN FITSCHEN; CHRISTOPHER KELLEY, and DOES 1-10. <br><br> Defendants. | Case No.: <br><br> Assigned to: <br><br> **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 and 1441(a)** <br><br> **[FEDERAL QUESTION JURISDICTION]** |

1

NOTICE OF REMOVAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331 and 1441(a), Defendants, OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED LLC TRUST 2007-BR4 MORTGAGE PASS-THROUGH CERTIFICATE SERVICES 2007-BR4 *erroneously sued as* DEUTSCHE NATIONAL BANK as Trustee; BRADFORD KLEIN; WRIGHT, FINLAY & ZAK, LLP; CHELSA JACKSON; MATTHEW OWENS; RON FARIS; LETICIA N. ARIAS; JON KING; ALAN JACOBS; JURGEN FITSCHEN; and CHRISTOPHER KELLEY (collectively "Defendants"), hereby remove to this action from the Superior Court of the State of California, for County of San Bernardino – where it is presently pending – to this United States District Court for the Central District of California – Eastern Division. As grounds for this removal, Defendants assert the following:

### THE ACTION BEING REMOVED

1. On May 23, 2016, Plaintiff, DEATRA DEHORNEY ("Plaintiff"), filed a complaint against Defendants in the Superior Court of the State of California, County of San Bernardino, entitled <u>Deatra Dehorney v. Ocwen Loan Servicing, LLC, et al.</u>, Case No. CIV DS1607621 ("State Court Action"). A true and correct copy of that Summons and Complaint are attached hereto as **Exhibit "1"** and included herein by reference.

### REMOVAL BASED ON FEDERAL QUESTION

2. The Action may be removed to this Court in accordance with 28 U.S.C. §§ 1331 and 1441 because this Court has original jurisdiction over the federal questions presented in Plaintiff's Complaint. Specifically, Plaintiff's Complaint asserts claims arising out of violations of the following codified laws of

the United States of America: Civil Rights Act of 1964 and 1968, 42 U.S.C. §§ 1981-2000h and the Equal Credit Opportunity Act of 1978, 15 U.S.C. § 1691.

## **NOTICE IS TIMELY**

3. A notice of removal must be filed within thirty (30) days after receipt of service of the summons and complaint. See, 28 U.S.C. § 1446(b). The Supreme Court has clarified that a defendant's time to remove begins only after formal service of process. Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347–48 (1999). In Murphy Brothers, the Court held that a defendant's removal period is only "triggered by simultaneous service of the summons and complaint, or receipt of the complaint ... after and apart from service of the summons, but not by mere receipt of the complaint unattended by formal service." Id.

Service of process on the Defendants occurred on June 8, 2016. Accordingly, the removal is timely.

## **CONSENT OF OTHER PARTIES**

4. GOLDMAN SACHS is a named party in the Action. GOLDMAN SACHS has not been properly served, but has consented to this removal.

5. LLOYD BLANKFEIN is a named party in the Action. LLOYD BLANKFEIN has not been properly served, but has consented to this removal.

6. Pursuant to 28 U.S.C. § 1446(a), Defendants file this Notice in the District Court of the United States for the district and division within which the Action is pending. A copy of this Notice of Removal will be promptly served upon Plaintiff and filed with the Clerk of the Superior Court of the State of California, County of San Bernardino. See, 28 U.S.C. § 1446(a) and (d).

7. This Notice of Removal is signed by Defendants' counsel pursuant to Federal Rule of Civil Procedure 11. See, 28 U.S.C. §1446(a). By this Notice of Removal and the associated attachments, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or

objections they may have to this action. Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, the Action is hereby removed from the State Court to this United States District Court, for the Central District of California – Eastern Division, and removing Defendants pray that this District Court proceed, pursuant to 28 U.S.C. § 1441, as well as any other relevant and applicable law, as if this Action had been originally filed in this District Court, and that the proceedings in the State Court be stayed in all respects.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: July 6, 2016     By: /s/ Bradford E. Klein
Robin P. Wright, Esq.
Bradford E. Klein, Esq.
Richard J. Lee, Esq.
Attorneys for Defendants, OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED LLC TRUST 2007-BR4 MORTGAGE PASS-THROUGH CERTIFICATE SERVICES 2007-BR4 *erroneously sued as* DEUTSCHE NATIONAL BANK as Trustee; BRADFORD KLEIN; WRIGHT, FINLAY & ZAK, LLP; CHELSA JACKSON; MATTHEW OWENS; RON FARIS; LETICIA N. ARIAS; JON KING; ALAN JACOBS; JURGEN FITSCHEN; and CHRISTOPHER KELLEY

EXHIBIT "1"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** OCWEN LOAN SERVICING, LLC.;
**(AVISO AL DEMANDADO):** BRADFORD KLEIN; WRIGHT, FINLAY & ZAK, LLP; DEUTSCHE NATIONAL BANK AS TRUSTEE; CHELSEA JACKSON; MATTHEW OWENS; RON FRIAS; LETICIA N. ARIAS... SEE ATTACHED

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

DEATRA DEHORNEY

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**FILED**
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 23 2016

By 
Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):
Superior Court of California
County of San Bernardino
San Bernardino District-Civil Division
247 West Third Street
San Bernardino, CA 92415-0210

**CASE NUMBER:**
(Número del Caso):
CIVDS 1607621

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
DEATRA DEHORNEY
14712 HAPPY HILLS LN VICTORVILLE CA 92392

DATE: MAY 23 2016                                   Clerk, by _____ , Deputy
(Fecha)                                             (Secretario)                (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

MC-025

SHORT TITLE: DEHORNEY v. OCWEN LOAN, ET AL.

CASE NUMBER: CIVDS1607621

ATTACHMENT (Number): ~~SUM-100~~ 1

DEFENDANTS CONT'D *(This Attachment may be used with any Judicial Council form.)*

JON KING; ALAN JACOBS; GOLDMAN SACHS; LLOYD BLANKFEIN; JURGEN FITSCHEN; CHRISTOPHER KELLEY.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 2 of 2

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

DEATRA DEHORNEY
11772 Happy Hills Ln
Victorville, CA 92392
909.844.2332 442.242.7071fax



FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 2 3 2016

By_____ Deputy

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| DEATRA DEHORNEY,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; BRADFORD KLEIN; WRIGHT, FINLAY & ZAK, LLP; DEUTSCHE NATIONAL BANK as Trustee; CHELSA JACKSON; MATTHEW OWENS; RON FARIS; LETICIA N. ARIAS; JON KING; ALAN JACOBS; GOLDMAN SACHS, LLOYD BLANKFEIN; JURGEN FITSCHEN; CHRISTOPHER KELLEY, and Does 1-10.<br><br>Defendants | Case No. CIV DS1607621<br><br>VIOLATION OF HBOR; VIOLATION OF CIVIL RIGHTS; WRONGFUL FORECLOSURE; NEGLIGENCE;<br><br>DATE:<br>TIME:<br>DEPT: |

Filing Fee in the amount of $ 435.00
waived. (G.C. §6103-6103.5; 68630-68640)
fee waived

1. On January 29, 2016 a Notice of Default was filed on a property located at 11772 Happy Hills Ln., Victorville, CA, 92392. The Plaintiff is the owner and note holder. On December 23, 2015 a Matthew Owens an employee of OCWEN, certified that he contacted the Plaintiff/borrower to assess the financial situation in relation to her ability to obtain a modification. On January 28, Chelsea Jackson, an employee of OCWEN, also certified the same and further stating that more than 30 days had elapsed for the

1

Plaintiff/borrower to avoid foreclosure as per California Civil Code of Procedure (CCP) § 2923.55.

2. On February 11, 2016 Plaintiff applied for a modification of a loan she believed to be serviced by the Defendant, OCWEN LOAN SERVICING, LLC ("OCWEN") via email. Plaintiff has not received any correspondence via mail from OCWEN relating to her modification. Ron Frias is the current CEO and director of the company. Plaintiff did receive a call from a rep on May 17, 2016 stating that Plaintiff had missed her trial modification payment that was due on May 16, 2016. When Plaintiff informed the lady that she had not received anything in the mail the lady confirmed that the mail piece had been returned by USPS which contained the agreement terms. She further informed Plaintiff that the terms were still binding even if Plaintiff were not aware of the terms. This is a violation of the Plaintiff's Homeowner's Bill of Rights (HBOR). The USPS has no record of any mail being returned. The Defendant not contacting the Plaintiff from February until May, falsifying the Notice of Default are also a clear violations and fall under the California Civil Code of Procedure (CCP) §§ 2920-2944.

3. When Plaintiff applied for the modification with OCWEN, their attorney Brad Klein sent Plaintiff an email instructing her not to contact them during her modification process; a clear violation of the the HBOR and the civil codes aforementioned. Brad Klein declares under the penalty of perjury that that he as an employee of Wright, Finlay, & Zak, LLP was being overseen by senior lawyers in the firm. The law firm allowed him to violate the HBOR while they supervised.

4. Plaintiff also requested and received an updated statement from OCWEN on May 17, 2016 to further understand the lady's explanation of the modification. The statement is dated May 12, 2016. It shows that the Plaintiff is past due on her trial modification by $1,176.73 with a payment of the same due by June 1, 2016 listed under "important news"; under due date it states "due now" under prepayment penalty it states "no." In the "important news" section it also states that the account has been approved for review of a

modification but does not give a date or length of the trial. The Assembly Bill 278 clearly outlines how foreclosures shall be conducted.

5. Plaintiff supposed modification payment is the same payment as it was prior to her hardship. Keep your home California (KYHC) attempted to negotiate a settlement with OCWEN and they refused the money. The Defendants also offered the same modification terms to the Plaintiff previously, which she refused because there were no adjustments from her original terms. The Defendant OCWEN does not have to accept the terms offered by KYHC, but if the goals are to help homeowners (that is their slogan) then they would not refuse terms that are in fact helpful. Brad Klein is still the attorney for the Defendants OCWEN and Deutsche National Bank as Trustee and is aware of the modification application of the Plaintiff, the breach of the law of his client as is the firm that employs him.

6. When Plaintiff filled out the modification application she was asked for her ethnic background. This information has nothing to do with whether or not she is capable of paying her mortgage. OCWEN needs the information for racially motivated reasons. Subprime borrowers fit into a particular ethnic and economic class, which the Plaintiff clearly was, is, and fits into.

7. The Defendant OCWEN also refused her homeowner's insurance, which she personally pays. They sent a letter stating that the rating of the company did not meet their standards nor were the coverage limits high enough. The Plaintiff is paying her own insurance and she verified that the limits were correct prior to and after purchase. The company's rating is higher than what OCWEN requires. The statement does not deduct the cost of the homeowner's insurance. The statement does not show the break down of the payments.

8. Jurgen Fitschen and Anshu Jain of Deutsche National Bank as Trustee, maintain that New Century endorsed the recorded Assigned Deed of Trust to them in February 2014. New Century was under the control of Alan Jacobs as Trustee at that time. There is only one transfer of the Deed of Trust and that is in 2014.

- 3

9. OCWEN as a business entity under the direction of Ron Frias and Deutsche National Bank as Trustee under the direction of Jurgen Fitschen and Anshu Jain are attempting to use Brad Klein, their attorney, to keep the Plaintiff from accessing her rights as instituted by California, it is racially motivated and it is a violation of her Civil Rights and Constitutional Rights and the Homeowners Bill of Rights. Deutsche National Bank as Trustee, and its CEOs and/or agents have a legal obligation to verify that all foreclosures are conducted according to the CCP §§ 2924 and AB 278

## FIRST CAUSE OF ACTION
(OCWEN, Brad Klein, Chelsea Jackson, Matthew Owens, Ron Faris, Deutsche National Bank; **Violation of HBOR**)

10. Plaintiff avers and herein incorporates Paragraphs 1-9 as though fully set forth herein. The Defendants and/or agents of them intentionally misrepresented and/or concealed material information from the Plaintiff, which caused the Plaintiff not to be notified of the pending Notice of Default. According to the law the Plaintiff should have been contacted prior to the notice being filed.

11. During a loan modification a borrower is required to have one point of contact. The Plaintiff was instructed by Brad Klein not to contact "his client" during her modification process. She was essentially denied that right for four months by OCWEN, Ron Frias, Brad Klein, and it was condoned by Wright, Finlay, & Zak, LLP.

12. After the initial application the borrower is to receive notice of receipt of the application. This was not done. The Plaintiff had no opportunity to exercise her HBOR rights in any fashion.

13. The law is very detailed in how the Plaintiff is to be contacted, when to contact the Plaintiff, how much time has to pass, via what means to contact the Plaintiff, and if all the requisite things are not done and the Notice of Default is filed the same statues allow for the aggrieved party to file civil action for the violation.

14.

- 4

## SECOND CAUSE OF ACTION

(OCWEN, Wright, Finlay, & Zak, LLP; Chelsea Jackson; Matthew Owens, Ron Frias, Leticia N. Arias, Alan Jacobs, Goldman Sachs, Lloyd Blankfein, Jurgen Fitschen, Christopher Kelley; **Violation of Civil Rights**)

15. Plaintiff avers and herein incorporates Paragraphs 1-9 as though fully set forth herein. The Defendants and/or agents of them intentionally misrepresented and/or concealed material information from the Plaintiff.

16. Very few Americans can achieve the dream of home ownership without a loan. This is also true with regards to subprime lending. Modification has become a tool to ease the effects of the fallout of subprime lending. Discrimination in underwriting and predatory practices in relation to modification or other exploitative practices upon the Plaintiff because she lacks the necessary credit history or financial means to obtain a more favorable situation is a violation of her Civil Rights.

17. The Plaintiff cannot keep her home because of the Violation of the Civil Rights Act of 1964 and 1968 and the the Equal Credit Opportunity Act of 1974.

## THRID CAUSE OF ACTION

(OCWEN, Ron Frias, Deutsche National Bank as Trustee, Jurgen Fitschen, Christopher Kelley, Goldman Sachs, Lloyd Blankman, Leticia N. Arias, Chelsea Jackson, Matthew Owens; **Wrongful Foreclosure**)

18. Plaintiff avers and herein incorporates Paragraphs 1-9 as though fully set forth herein. The Defendants and/or agents of them intentionally misrepresented and/or concealed material information from the Plaintiff.

19. Ron Frias the CEO and director of OCWEN is responsible for what his company and employees do or does not do. They represent him. The statement sent to the Plaintiff clearly shows that she is late on a modification trial. The reps that work for OCWEN state that only the modification agreement was returned for having the wrong address by the USPS, however there is no record of it being returned by USPS. Plaintiff has not moved since procuring the home. Lloyd Blankfein of Goldman Sachs is directing Jurgen

Fitschen through Deutsche National Bank as Trustee to foreclose on the Plaintiff's home without verifying the Notice of Default, the Assignment of the Deed of Trust or the Substitution of Trustee to ensure that the information contained in it is accurate. Chelsea Jackson nor Matthew Owens contacted the Plaintiff as they certified on the Notice of Default nor did anyone else from OCWEN from February 14, 2014 other than as Plaintiff previously mentioned in relation to her financial status.

## FOURTH CAUSE OF ACTION

(OCWEN, Brad Klein, Wright, Finlay, & Zak, LLP; Chelsea Jackson; Matthew Owens, Ron Frias, Leticia N. Arias, Alan Jacobs, Goldman Sachs, Lloyd Blankfein, Duetsche National Bank as Trustee, Jurgen Fitschen, Christopher Kelley; **Negligence**)

20. Plaintiff avers and herein incorporates Paragraphs 1-9 as though fully set forth herein. The Defendants and/or agents of them intentionally failed to act with a level of care that someone of ordinary prudence would have used in the same circumstances.

21. The Defendants and each of them since the crash of the housing market and subsequent ensuing lawsuits have become acclimated with the judicially system siding with them. They have the financial means to hire the best attorneys and outpace the ordinary citizen. The actions of each of the individuals in their given professions should have been enough to foretell that the outcome would result in harm to the Plaintiff. There are only five element required to establish a prima facie case of negligence: the existence of a legal duty to exercise reasonable care; a failure to exercise reasonable care; cause in fact of physical harm by the negligent conduct; physical harm in the form of actual damages; and proximate cause, a showing that the harm is within the scope of liability. Each of those elements exist with each phase of this instant case. The Plaintiff has shown how each of the Defendants has been negligent in their respective duties and jobs and a failed in their obligation. The reason the duty is owed to Plaintiff is because the HBOR says they are bound to do certain things, which they did not do.

22. **Wherefore, Plaintiff prays judgment against Defendants, and each of them, as follows;**

23. On the FIRST CAUSE OF ACTION:

    For Statutory damages of $50, 000.00

24. On the SECOND CAUSE OF ACTION:

    For general damages of $50,000.00

    For punative damages of $1,000,000.00

25. On the THRID CAUSE OF ACTION:

    For general damages of $50,000.00

    For punative damages of $1,000,000.00

26. On the FOURTH CAUSE OF ACTION:

    For general damages of $1,000,000.00

I, Deatra Dehorney, aver that I am the Plaintiff in the above entitled motion. I have read the foregoing motion and know the contents thereof. The same is true of my own knowledge, except as to those matters, which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called upon to be a witness in this matter I aver that I am and will be a competent witness and will testify to the truthfulness of all matters asserted herein.

Signed this 22nd day of May 2016 in Victorville, California.

                                                    Deatra Dehorney

                                                    IN PRO PER

- 7

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

DEATRA DEATORNEY                           Case No. CIV DS1607621

vs.                                        CERTIFICATE OF ASSIGNMENT

OCWEN LOAN SERVICING, ET AL

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the _____ District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General     [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] 1 | Adoption | Petitioner resides within the district. |
| [ ] 2 | Conservator | Petitioner or conservatee resides within the district. |
| [ ] 3 | Contract | Performance in the district is expressly provided for. |
| [ ] 4 | Equity | The cause of action arose within the district. |
| [ ] 5 | Eminent Domain | The property is located within the district. |
| [ ] 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 9 | Mandate | The defendant functions wholly within the district. |
| [ ] 10 | Name Change | The petitioner resides within the district. |
| [ ] 11 | Personal Injury | The injury occurred within the district. |
| [ ] 12 | Personal Property | The property is located within the district. |
| [ ] 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] 14 | Prohibition | The defendant functions wholly within the district. |
| [ ] 15 | Review | The defendant functions wholly within the district. |
| [ ] 16 | Title to Real Property | The property is located within the district. |
| [ ] 17 | Transferred Action | The lower court is located within the district. |
| [ ] 18 | Unlawful Detainer | The property is located within the district. |
| [ ] 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] 20 | Other _____ | |
| [ ] 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

DEATRA DEATORNEY            11772 Happy Hms Ln
(NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR)   (ADDRESS)

Victorville    CA    92392
(CITY)         (STATE)    (ZIP CODE)

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

May 22 at San Bernardino, California

_____
Signature of Attorney/Party

13-16503-360 Rev. 10/94                                    SB-16503

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>DEATRA DEHORNEY<br>11772 HAPPY HILLS LN<br>VICTORVILLE CA 92392<br>TELEPHONE NO.: 909.844.2332   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: DEATRADEHORNEY@ME.COM<br>ATTORNEY FOR *(Name)*: IN PRO PER | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO<br>STREET ADDRESS: 247 W. THIRD STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN BERNARDINO 92415-0210<br>BRANCH NAME: CIVIL | |
| PLAINTIFF/PETITIONER: DEATRA DEHORNEY<br>DEFENDANT/RESPONDENT: OCWEN, ET AL | CASE NUMBER:<br>CIVDS1607621 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   BRAD KLEIN

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   ROBIN WRIGHT, PARTNER

4. Address where the party was served:
   4665 MACARTHUR COURT, STE 200, NEWPORT BEACH, CA 92660

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: DEATRA DEHORNEY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: OCWEN, ET AL | CIVDS1607621 |

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):* JUNE 3, 2016    (2) from *(city):* VICTORVILLE, CA

  (3) ☑ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

 d. ☐ **by other means** *(specify means of service and authorizing code section):*

 ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. ☑ as an individual defendant.
 b. ☐ as the person sued under the fictitious name of *(specify):*
 c. ☐ as occupant.
 d. ☐ On behalf of *(specify):*
  under the following Code of Civil Procedure section:
  ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
  ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
  ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
  ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
  ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                ☐ other:

7. **Person who served papers**
 a. Name: JOSHUA SCOTT TAYLOR
 b. Address: 11772 HAPPY HILLS LN, VICTORVILLE, CA 92392
 c. Telephone number: 909.844.2332
 d. **The fee** for service was: $ 0.00
 e. I am:
  (1) ☑ not a registered California process server.
  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
  (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor.
   (ii) Registration No.:
   (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: JUNE 3, 2016

JOSHUA SCOTT TAYLOR                ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)